# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GIL CASTANEDA-CORTEZ : | |
| : | |
| Petitioner : | |
| v. : | 3:14-CV-1151 |
| : | (JUDGE MARIANI) |
| MARY SABOL, et al. : | |
| : | |
| Respondents : | |

## ORDER

AND NOW, THIS 30th DAY OF JUNE 2014, upon consideration of Petitioner's Emergency Petition for Issuance of a Writ of Habeas Corpus and for Stay of Removal, Permanent Injunctive Relief, and Release of Petitioner from USICE Custody (Doc. 1), and all accompanying briefs, **IT IS HEREBY ORDERED THAT** Petitioner's motion (Doc. 1) is **DENIED**.

Robert D. Mariani
United States District Court Judge